| | |
|---|---|
| **Creitz & Serebin LLP**<br>Joseph A. Creitz, CBN 169552<br>joe@creitzserebin.com<br>Lisa S. Serebin, CBN 146312<br>lisa@creitzserebin.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>415.466.3090 (tel)<br>415.513.4475 (fax)<br><br>Counsel for Plaintiff Albert B. Lou<br><br>LITTLER MENDELSON P.C.<br>Dominique N. Thomas, CBN 231464<br>dnthomas@littler.com<br>1255 Treat Blvd., Suite 600<br>Walnut Creek, CA<br>925.932.2468 (tel)<br>925.946.9809 (fax)<br><br>Counsel for Defendants Accenture United States Group Health Plan, Accenture LLP | KILPATRICK TOWNSEND<br>Gwendolyn C. Payton<br>(admitted *pro hac vice*)<br>gpayton@kilpatricktownsend.com<br>1420 5th Ave., Suite 3700<br>Seattle, WA 98101<br>206.626.7714 (tel)<br><br>Vincent I. Parrett, CBN 237563<br>vparrett@kilpatricktownsend.com<br>1302 El Camino Real, Suite 175<br>Menlo Park, CA 94025<br>650.462.5324 (tel)<br><br>Counsel for Defendant Health Care Service Corporation |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALBERT B. LOU,<br><br>              Plaintiff,<br><br>      v.<br><br>ACCENTURE UNITED STATES GROUP HEALTH PLAN, et al.,<br><br>              Defendants. | Case No.: 4:22-cv-03091 HSG<br><br>STIPULATED REQUEST AND ORDER TO FURTHER EXTEND RESPONSIVE PLEADING DEADLINE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE **(as modified)** |

STIPULATED REQUEST and ORDER                                                                                                 1
*Lou v. Accenture U.S. Group Health Plan, et al..*, Case No.: 22-cv-03091 HSG

1  Plaintiff Albert B. Lou ("Plaintiff") and Defendants Accenture United States
2  Group Health Plan, Accenture LLP, and Health Care Service Corporation dba Blue
3  Cross Blue Shield of Illinois (collectively "Defendants") hereby stipulate as follows:
4  WHEREAS Plaintiff filed his Complaint against Defendants on May 26, 2022
5  in the United States District Court for the Northern District of California (Dkt. 1);
6  WHEREAS Plaintiff served Defendants with the Complaint on June 2, 2022
7  (Dkt. 19);
8  WHEREAS Plaintiff and Defendants stipulated on July 21, 2022 to extend the
9  deadline for Defendants to file responsive pleadings to the Complaint to August 19,
10  2022 (Dkt. 20);
11  WHEREAS the initial case management conference is scheduled on August 30,
12  2022 at 2:00 p.m. (Dkt. 18);
13  WHEREAS Plaintiff and Defendants are discussing resolution of the claims set
14  forth in the Complaint and seek to avoid the unnecessary expenditure of resources
15  while those discussions are ongoing;
16  THEREFORE in light of the foregoing, Plaintiff and Defendants hereby
17  stipulate and respectfully request that: (1) the deadline for Defendants to file their
18  responsive pleading to the Complaint be extended from August 19, 2022 to
19  September 19, 2022; and (2) the initial case management conference scheduled for
20  August 30, 2022 be continued to October 4, 2022, at 2:00 p.m. or to a date and time
21  thereafter that the Court deems appropriate.
22  Respectfully submitted,
23  //
24  //
25  //
26  //
27
28

STIPULATED REQUEST and ORDER                                                                    2
*Lou v. Accenture U.S. Group Health Plan, et al..*, Case No.: 22-cv-03091 HSG

| | |
|---|---|
| DATED: August 16, 2022. | DATED: August 16, 2022. |
| CREITZ & SEREBIN LLP | LITTLER MENDELSON P.C. |
| By  */s/ Lisa S. Serebin*<br>Joseph A. Creitz<br>Lisa S. Serebin<br>Counsel for Plaintiff<br>Albert B. Lou | By  */s/ Dominique N. Thomas*<br>Dominique N. Thomas<br>Counsel for Defendants<br>Accenture LLP and Accenture United States Group Health Plan |
| | DATED: August 16, 2022. |
| | KILPATRICK TOWNSEND |
| | By */s/ Gwendolyn C. Payton*<br>Gwendolyn C. Payton, admitted *pro hac vice*<br>Vincent I. Parrett<br>Counsel for Defendant<br>Health Care Services Corporation |

SIGNATURE ATTESTATION

CIV. L.R. 5-1

Pursuant to Civil L.R. 5-1(i), the filer hereby attests that she obtained the consent of all signatories hereto to the execution of their electronic signatures and the filing of this document.

                                                     */s/ Lisa S. Serebin*
                                                     LISA S. SEREBIN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby: (1) grants Defendants until September 19, 2022 to file responsive pleadings; and (2) continues the telephonic initial case management conference scheduled for August 30, 2022 at 2:00 p.m. to October 4, 2022 at 2:00 p.m.

It is so ORDERED.

DATED:   8/17/2022

_____
Hon. Haywood S. Gilliam, Jr.