1

2

**Creitz&**
**Serebin** LLP

3

Joseph A. Creitz, CBN 169552
joe@creitzserebin.com

4

Lisa S. Serebin, CBN 146312
lisa@creitzserebin.com

5

100 Pine Street, Suite 1250
San Francisco, CA 94111

6

415.466.3090 (tel)

7

415.513.4475 (fax)

8

Counsel for Plaintiff Albert B. Lou

9

LITTLER MENDELSON P.C.
Dominique N. Thomas, CBN 231464

10

dnthomas@littler.com

11

1255 Treat Blvd., Suite 600
Walnut Creek, CA

12

925.932.2468 (tel)
925.946.9809 (fax)

13

14

Counsel for Defendants Accenture
United States Group Health Plan,

15

Accenture LLP

KILPATRICK TOWNSEND
Gwendolyn C. Payton
(admitted *pro hac vice*)
gpayton@kilpatricktownsend.com
1420 5th Ave., Suite 3700
Seattle, WA 98101
206.626.7714 (tel)

Vincent I. Parrett, CBN 237563
vparrett@kilpatricktownsend.com
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
650.462.5324 (tel)

Counsel for Defendant Health Care
Service Corporation

16

IN THE UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

20

ALBERT B. LOU,

21

Plaintiff,

22

v.

23

ACCENTURE UNITED STATES
GROUP HEALTH PLAN, et al.,

24

25

Defendants.

26

27

28

Case No.: 4:22-cv-03091 HSG

**JOINT STIPULATED**
**REQUEST AND ORDER TO**
**CONTINUE MEDIATION**
**DEADLINE**

Plaintiff Albert B. Lou ("Plaintiff") and Defendants Accenture United States Group Health Plan, Accenture LLP, and Health Care Service Corporation dba Blue Cross Blue Shield of Illinois (collectively "Defendants") hereby stipulate as follows:

WHEREAS the Court referred Plaintiff and Defendants to private mediation on October 6, 2022;

WHEREAS Plaintiff and Defendants previously stipulated to hold the mediation session by the presumptive ADR deadline of 90 days from the date of the order referring the case to ADR (Dkt. Entry 29, 29-1);

WHEREAS Plaintiff and Defendants worked diligently and in good faith to schedule a timely mediation;

WHEREAS Plaintiff and Defendants and their counsel were unable to schedule the mediation to take place by January 6, 2023;

WHEREAS Plaintiff and Defendants currently have scheduled mediation to take place on January 12, 2023;

THEREFORE in light of the foregoing, Plaintiff and Defendants hereby stipulate and respectfully request that subject to the approval of the Court, the deadline to complete mediation shall be extended to and include January 12, 2023.

Respectfully submitted,


DATED: October 11, 2022.                    DATED: October 12, 2022.


CREITZ & SEREBIN LLP                        LITTLER MENDELSON P.C.

By _/s/ Lisa S. Serebin_____               By _/s/ Dominique N. Thomas_____
Joseph A. Creitz                            Dominique N. Thomas
Lisa S. Serebin                             Counsel for Defendants
Counsel for Plaintiff                       Accenture LLP and Accenture United
Albert B. Lou                               States Group Health Plan

DATED: October 12, 2022.

KILPATRICK TOWNSEND

By */s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, admitted *pro hac vice*
Vincent I. Parrett
Counsel for Defendant
Health Care Services Corporation

SIGNATURE ATTESTATION

CIV. L.R. 5-1

Pursuant to Civil L.R. 5-1(i), the filer hereby attests that she obtained the consent of all signatories hereto to the execution of their electronic signatures and the filing of this document.

*/s/ Lisa S. Serebin*
LISA S. SEREBIN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the deadline to complete mediation is hereby extended to and including January 12, 2023.

It is so ORDERED.

DATED:   10/13/2022

_____

Hon. Haywood S. Gilliam, Jr.

STIPULATION AND ORDER TO CONTINUE MEDIATION DEADLINE

*Lou v. Accenture U.S. Group Health Plan, et al.*, Case No.: 22-cv-03091 HSG

4