VINCENT I. PARRETT (State Bar No. 237563)
KILPATRICK TOWNSEND & STOCKTON LLP
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 462-5324
Facsimile: (650) 429-2028
E-Mail: vparrett@kilpatricktownsend.com

GWENDOLYN C. PAYTON (*Pro Hac Vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793
E-Mail: gpayton@kilpatricktownsend.com

Attorneys for Defendant
Health Care Service Corporation d/b/a
Blue Cross Blue Shield of Illinois

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALBERT B. LOU, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ACCENTURE UNITED STATES GROUP HEALTH PLAN, an ERISA welfare benefit plan; ACCENTURE LLP, in its capacity as Plan Administrator for the ACCENTURE UNITED STATES GROUP HEALTH PLAN, an ERISA fiduciary; and HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, in its capacity as Claims Administrator for the ACCENTURE LLP BCBS PPO PLAN, an ERISA Fiduciary, <br><br> Defendants. | Case No. 4:22-cv-03091-HSG <br><br> **ORDER GRANTING JOINT STIPULATION FOR BRIEFING SCHEDULE IN REGARD TO MOTION FOR SUMMARY JUDGMENT [DKT. 51]** <br><br> Amended Complaint served: 9/19/22 <br><br> Honorable Haywood S. Gilliam, Jr. |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties JOINT STIPULATION FOR BRIEFING SCHEDULE IN REGARD TO MOTION

FOR SUMMARY JUDGMENT [DKT. 51] and the Court having considered the stipulation and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties' JOINT STIPULATION FOR BRIEFING SCHEDULE IN REGARD TO MOTION FOR SUMMARY JUDGMENT [DKT. 51] is GRANTED.  Parties shall file their briefs as follows:

- Defendants combined Cross Motion for Summary Judgment/Opposition to Plaintiffs Motion for Summary Judgment (Dkt. 51) due **July 28, 2023**;
- Plaintiffs combined Opposition to Defendants Motion for Summary Judgment/Reply in Support of Plaintiff's Motion for Summary Judgment due **August 25, 2023**;
- Defendants combined Reply in Support of Motion for Summary Judgment due **September 7, 2023**.

Parties have agreed to have their Motion for Summary Judgment briefings heard on September 21, 2023.

DATED this 6th day of July, 2023.

_____
HONORABLE HAYWOOD S. GILLIAM, JR.