1  VINCENT I. PARRETT (State Bar No. 237563)
   KILPATRICK TOWNSEND & STOCKTON LLP
2  1302 El Camino Real, Suite 175
   Menlo Park, California 94025
3  Telephone:    (650) 462-5324
   Facsimile:    (650) 429-2028
4  E-Mail:       vparrett@kilpatricktownsend.com

5  GWENDOLYN C. PAYTON (*Pro Hac Vice*)
   KILPATRICK TOWNSEND & STOCKTON LLP
6  1420 Fifth Avenue, Suite 3700
   Seattle, Washington  98101
7  Telephone:    (206) 626-7714
   Facsimile:    (206) 623-6793
8  E-Mail:       gpayton@kilpatricktownsend.com

9  Attorneys for Defendant
   Health Care Service Corporation d/b/a
10 Blue Cross Blue Shield of Illinois

11
                       **UNITED STATES DISTRICT COURT**
12
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                               **OAKLAND DIVISION**
14

15  | ALBERT B. LOU, an individual, | Case No. 4:22-cv-03091-HSG |

        Plaintiff,
16
        v.
17
    ACCENTURE UNITED STATES GROUP           **ORDER GRANTING JOINT
18  HEALTH PLAN, an ERISA welfare benefit   STIPULATION TO RESCHEDULE
    plan; ACCENTURE LLP, in its capacity as HEARING ON CROSS-MOTIONS FOR
19  Plan Administrator for the ACCENTURE    SUMMARY JUDGMENT [DKT. 72] (as
    UNITED STATES GROUP HEALTH              modified)**
20  PLAN, an ERISA fiduciary; and HEALTH
    CARE SERVICE CORPORATION d/b/a          Amended Complaint served: 9/19/22
21  BLUE CROSS BLUE SHIELD OF
    ILLINOIS, in its capacity as Claims     Honorable Haywood S Gilliam, Jr.
22  Administrator for the ACCENTURE LLP
    BCBS PPO PLAN, an ERISA Fiduciary,
23
        Defendants.
24

25

26       THIS MATTER having come before the below-signed Judge of the above-entitled Court

27  upon Parties JOINT STIPULATION TO RESCHEDULE HEARING ON CROSS-MOTIONS

28  FOR SUMMARY JUDGMENT [DKT. 72] and the Court having considered the stipulation and

ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [DKT. 72]                              - 1 -
Case No. 4:22-cv-03091-HSG

the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties' JOINT STIPULATION TO RESCHEDULE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [DKT. 72] is GRANTED. The Hearing on Cross-Motions for Summary Judgment [DKT. 72] is now rescheduled to:

- Thursday, October 19, 2023 at 2:00 PM

DATED: 9/7/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.